**Benjamin R. Trachtman, Esq. [SBN 137458]**
btrachtman@trachtmanlaw.com
**Kelli A. Trachtman, Esq. [SBN 136888]**
**TRACHTMAN & TRACHTMAN, LLP**
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
Telephone:  (949) 282-0100
Facsimile:  (949) 282-0111

JS-6

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA FONSECA,<br><br>         Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION, and DOES 1 TO 25,<br><br>         Defendants. | **CASE NO.: 2:16-cv-861 R(SSx)**<br><br>**ORDER RE: STIPULATION TO REMAND**<br><br>[Filed Concurrently with STIPULATION TO REMAND] |

Having considered the stipulation between Plaintiff EVA FONSECA and Defendant TARGET CORPORATION, and good cause appearing:

///
///
///
///
///
///
///
///

-1-

**ORDER RE: STIPULATION TO REMAND**

1    IT IS HEREBY ORDERED that Plaintiff EVA FONSECA as a result of the
2 alleged incident and subsequent claim all described more fully in the Complaint:
3 Eva Fonseca v. Target Corporation, et al., Los Angeles County Superior Court
4 Case No. BC604409 has incurred damages, if any, that should not exceed,
5 $75,000. Accordingly, this case does not meet the federal jurisdictional
6 requirements as defined in 28 U.S.C. §1332(a) and the case is hereby remanded
7 to the Superior Court of California, County of Los Angeles.

Dated: August 19, 2016          _____

                                Honorable Manuel L. Real
                                Judge of the U.S. District Court

**ORDER RE: STIPULATION TO REMAND**